UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Ronald L. Boyer,

Plaintiff,

vs. ORDER

Kathleen Hawk Sawyer, Marty C. Anderson, Deborah Hickey, Tracy Kilsdonk, Sue Pedersen, Mark Diggan, Neal Johnson, and G. Truehart,

Defendants. Civ. No. 01-580 (JMR/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 24th day of May, 2001.

* * *

The above-entitled matter is before the undersigned United States Magistrate Judge, pursuant to a general assignment made in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(A), upon the Defendants' Motion to Clarify Time for Answering.

As the Defendants' explain, this case was filed on April 4, 2001, and the individual Federal Defendants were served on or about April 9, 12 and 24, 2001. However, no service was made on the Office of the United States Attorney, or upon the Attorney General of the United States, in accordance with Rule 4, Federal Rules of

(13)

FILED MAY 24 2001
FRANCIS E. DOSAL, CLERK
JDGMNT ENTD
DEPUTY CLERK

Civil Procedure.[1] The Office of the United States Attorney informs the Court, however, that it did receive notice of the Complaint on May 1, 2001. Therefore, the Federal Defendants request that service be deemed effective on May 1, 2001, and that they be given 60 days from that date to answer the Complaint.[2] We grant the Federal Defendants' request.

NOW, THEREFORE, It is --

ORDERED:

1. That the Federal Defendants' Motion to Clarify Time for Answering [Docket No. 10] is GRANTED.

2. That the Federal Defendants shall have 60 days, calculated from May 1, 2001, in which to answer, or otherwise respond, to the Plaintiff's Complaint.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

---

[1]Rule 4, Federal Rules of Civil Procedure, provides that, in suits against the United States, its agencies, corporations, or employees, service shall be effected by delivering a copy of the summons and complaint to the United States Attorney in the district in which the action is commenced, to the Attorney General of the United States, and to the officer, agency or corporation.

[2]The 60 day time frame is in accordance with Rule 12(a)(3)(A) and (B), Federal Rules of Civil Procedure.