UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

ORDER

* * * * * * * * * * * * * * * * * *

Ronald L. Boyer,

Plaintiff,

vs.

Kathleen Hawk Sawyer, Director, BOP; Marty C. Anderson, Warden, FCI-Sandstone; Deborah Hickey, Associate Warden; Tracy Kilsdonk, Unit Manager; Sue Pedersen, Disciplinary Hearing Officer; Mark Diggen, Teacher; Neal Johnson, Teacher; G. Truehart, Correctional Officer;

Defendants. Civ. No. 01-580 (JMR/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 10th day of July, 2001.

* * *

On April 4, 2001, the Plaintiff filed a Complaint, alleging that the Defendants have retaliated against him for exercising his First Amendment rights, and for providing other inmates legal assistance; have deprived him of his rights under the First Amendment; and have failed to supervise, control, and discipline for staff reprisal. He also alleges that Bureau of Prisons'

FILED JUL 10 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

(16)

Program Statement 1315.07 is unconstitutionally vague and overbroad, and that it violates his right of access to open and public legal records.

The Plaintiff further seeks a Temporary Restraining Order and a Preliminary Injunction. Specifically, he requests:

> Defendant Anderson, any other named defendants, and their officers, agents, servants, employees, and co-workers [be restrained] from (1) retaliating against Plaintiff for filing this lawsuit, in the form of filing false and harassing disciplinary violations against Plaintiff, and from attempting to transfer him to another Low, Medium, or High level federal institution while this litigation is pending; and (2) from seizing, retain[ing], confiscating, and depriving Plaintiff access to his legal materials, including but not limited to pleadings with other inmates names, case number, and document title[.]

In order to facilitate disposition of the Plaintiff's Motion for a Temporary Restraining Order and a Preliminary Injunction, it is --

ORDERED:

That the Defendants shall have until **August 10, 2001**, in which to respond to the Plaintiff's submission to the Court requesting a Temporary Restraining Order and a Preliminary Injunction be issued.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE