UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Ronald L. Boyer,

Plaintiff,

vs. ORDER

Kathleen Hawk Sawyer;
Marty C. Anderson;
Deborah Hickey; Tracy
Kilsdonk; Sue Pedersen;
Mark Diggan; Neal Johnson;
and G. Truehart,,

Defendants. Civ. No. 01-580 (JMR/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 20th day of August, 2001.

* * *

The above-entitled matter came before the undersigned United States Magistrate Judge pursuant to a general assignment, made in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(A), and upon routine supervision of cases filed in this Division.

On July 12, 2001, the Plaintiff filed a Motion for Summary Judgment. Thereafter, on August 9, 2001, the Defendant filed a Motion to Dismiss, and a Motion in Opposition to Plaintiff's Motion for Summary Judgment. In order to facilitate the disposition of these Motions, it is --

FILED AUG 20 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

ORDERED:

1. That the Plaintiff shall have until **September 21, 2001,** in which to reply, should he so choose, to the Defendant's opposition to his Motion for Summary Judgment, and in which to response, should he so choose, to the Defendant's Motion to Dismiss.

2. That the Defendant shall have until **October 10, 2001,** in which to reply, should it so choose, to the Plaintiff's response to its Motion to Dismiss.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE